UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RAYMONDO REZENDES, on his own Behalf and on behalf of others similarly situated,<br>          Plaintiff,<br>v.<br>LABOR READY NORTHEAST, INC.,<br>          Defendant. | Case No. 2:16-cv-00495 |

NOTICE OF SETTLEMENT

Pursuant to the status report filed on February 21, 2017, the parties have settled this matter. Since the February 21, 2017 status report the parties have signed a settlement agreement and otherwise consummated the settlement. Defendant Labor Ready Northeast, Inc. respectfully requests the Court dismiss this action with prejudice and without costs.

Dated: March 23, 2017

/s/  Tawny L. Alvarez
Tawny L. Alvarez
Richard G. Moon
Verrill Dana, LLP
P. O. Box 586
Portland, ME  04112-0586
(207) 774-4000 (Telephone)
(207) 774-7499 (Fax)
talvarez@verrilldana.com
rmoon@verrilldana.com

Attorneys for the Defendant,
Labor Ready Northeast, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2017, I electronically filed with the U.S. District Court in Portland, Maine, this Notice of Settlement on behalf of Defendant, Labor Ready Northeast, Inc., and served same upon all counsel of record via the CM/ECF System, which will send notification of such filing.

Dated: March 23, 2017

      /s/ *Tawny L. Alvarez*
      Tawny L. Alvarez
      VERRILL DANA LLP
      P. O. Box 586
      Portland, ME  04112-0586
      (207) 774-4000 (telephone)
      (207) 774-7499 (fax)